## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**Nancy BAILEY, Defendant–Appellee.**

**No. 2006–1492.**

United States Court of Appeals, Federal Circuit.

June 29, 2006.

Keith Russell Judd, pro se.

Nancy Bailey, pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

.

**Charles A. POWELL, Jr., Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 06–3125.**

United States Court of Appeals, Federal Circuit.

July 12, 2006.

Before MICHEL, Chief Judge, FRIEDMAN, Senior Circuit Judge, and MAYER, Circuit Judge.